542

James J. Doherty, Public Defender,, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for. appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE WATSON, Defendant-Appellant.

(No. 59125; ▆▆▆▆▆▆▆▆▆)

First District (3rd Division)—December 13, 1973.

PER CURIAM.
MEJDA, J., took no part.

Paul· Bradley, Deputy Defender, of Chicago (Kenneth L. Jones, Assistant Appellate Defender, of counsel),· for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Thomas A. Mauet, Assistant State's Attorneys, of counsel), for the People.